**ALBANK**

## TRUSTEE'S DEED

After Recording Mail To:

_____
_____
_____
_____

Name and Address of Taxpayer:

_____
_____
_____

THIS INDENTURE, made this February 26, 2018, between ALBANY BANK & TRUST COMPANY N.A., an association organized under the laws of the United States of America, as Successor Trustee to Inland Bank under the provisions of a Deed or Deeds in Trust, duly recorded and delivered to said Bank in pursuance of a Trust Agreement dated January 12, 1998 and known as Trust Number 98-363, Party of the First Part, and, Linda S. Patterson, Party of the Second Part;

WITNESSETH, that said Party of the First Part, in consideration of the sum of TEN and NO/100 DOLLARS, and other good and valuable considerations in hand paid, does hereby grant, sell and convey unto the Party of the Second Part, the following described real estate situated in Cook County, Illinois, to wit:

LEGAL DESCRIPTION: See attached Exhibit A, made a part hereof

Property Address: 370 Taylor Rd., Glen Ellyn, IL 60137
PIN # 05-23-411-008-0000

TO HAVE AND TO HOLD the same unto said Party of the Second Part and to the proper use, benefit and behoove forever of said Party of the Second Part.

This deed is executed by the Party of the First Part, as Trustee, as aforesaid, pursuant to and in the exercise of the power and authority granted to and vested in it by the terms of said Deed or Deeds in Trust and the provisions of said Trust Agreement above mentioned, and of every other power and authority thereunto enabling, SUBJECT, HOWEVER, to the liens of all trust deeds and/or mortgages upon said real estate, if any, of record in said county; all unpaid general taxes and special assessments and other liens and claims of any kind; pending litigation, if any, affecting the said real estate; building lines; building, liquor and other restrictions of record, if any; party walls, party wall rights and party wall agreements, if any; Zoning and Building Laws and Ordinances; mechanic's lien claims, if any; easements of record, if any; and rights and claims of parties in possession.

IN WITNESS WHEREOF, said Party of the First Part has caused its name to be signed to these presents by its Trust Officer and attested by its Vice President, the day and year first above written.

ALBANY BANK & TRUST COMPANY N.A., as Successor Trustee Aforesaid

By: _____ Trust Officer

Attest: _____ Vice President

STATE OF ILLINOIS)
                 ) ss.
COUNTY OF COOK )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that the above-named Trust Officer and the above-named Vice President personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and notarial seal, this February 26, 2018.

_____
Notary Public

Illinois Transfer Stamp - Exempt under provisions of Paragraph _____ Section 4, Real Estate Transfer Act

_____
Buyer, Seller or Representative                                      Date

**Prepared by:** Isaura Guerrero, Administrative Assistant, Albany Bank & Trust Company N.A., 3400 W. Lawrence Ave., Chicago, Illinois 60625-5188 - 773.267.7300, Ext. 1456 - FAX 773.267-9405

**DO NOT MAIL RECORDED DEED TO ALBANY BANK.
MAIL TO GRANTEE OR GRANTEE'S AGENT OR ATTORNEY.**