# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NATHAN SANDS | § | Case No. 16-34413 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 222,495.00             Assets Exempt: 20,925.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 18,391.01     Claims Discharged
                                                Without Payment: 389,257.23

Total Expenses of Administration: 6,715.16

---

3) Total gross receipts of $ 25,106.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 25,106.17 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 219,700.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,715.16 | 6,715.16 | 6,715.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 188,510.14 | 49,042.40 | 49,042.40 | 18,391.01 |
| **TOTAL DISBURSEMENTS** | $ 408,210.14 | $ 55,757.56 | $ 55,757.56 | $ 25,106.17 |

4)  This case was originally filed under chapter 7 on 10/28/2016 . The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/14/2018                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| WESTERN RESERVE LIFE INSURANCE | 1129-000 | 25,106.17 |
| **TOTAL GROSS RECEIPTS** | | **$25,106.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jpm Chase, Po Box 24696 Columbus, OH 43224 | | 11,468.00 | NA | NA | 0.00 |
| | M & T Bank, Attn: Bankruptcy 1100 Wehrle Dr 2nd Floor Williamsville, NY 14221 | | 208,232.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 219,700.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 2,879.20 | 2,879.20 | 2,879.20 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 21.80 | 21.80 | 21.80 |
| Nathan Sands | 2990-000 | NA | 3,814.16 | 3,814.16 | 3,814.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,715.16 | $ 6,715.16 | $ 6,715.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amazon, P.O. Box 15123 Wilmington, DE 19850 | | 351.32 | NA | NA | 0.00 |
| | Amex, Correspondence Po Box 981540 El Paso, TX 79998 | | 1,454.00 | NA | NA | 0.00 |
| | Central DuPage Hospital, P.O. Box 4090 Carol Stream, IL 60197-4090 | | 5,919.71 | NA | NA | 0.00 |
| | Central DuPage Hospital, P.O. Box 4090 Carol Stream, IL 60197-4090 | | 115.55 | NA | NA | 0.00 |
| | Chase Bank, PO Box 15123 Wilmington, DE 19850 | | 60,399.31 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 5,836.17 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 13,899.04 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank/Best Buy, Centralized Bankruptcy/ Po Box 790040 St Louis, MO 63179 | | 9,135.60 | NA | NA | 0.00 |
| | CitiBank/CostCo, P.O. Box 790046 Saint Louis, MO 63179-0046 | | 1,376.42 | NA | NA | 0.00 |
| | Citibank/The Home Depot, Citicorp Credit Srvs Po Box 790040 Saint Louis, MO 63179 | | 445.00 | NA | NA | 0.00 |
| | Harris & Harris, Ltd., 111 West Jackson Blvd. Suite 400 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Harris & Harris, Ltd., 111 West Jackson Blvd. Suite 400 Chicago, IL 60604 | | 115.04 | NA | NA | 0.00 |
| | Medical Recovery Specialist LLC, 2250 E. Devon Ave Suite 352 Des Plaines, IL 60018 | | 161.63 | NA | NA | 0.00 |
| | MiraMed Revenue Group, Dept 77304 Po Box 77000 Detroit, MI 48277 | | 344.17 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit & Collections, 815 Commerce Drive Suite 270 Oak Brook, IL 60523-8852 | | 159.56 | NA | NA | 0.00 |
| | Nationwide Credit & Collections, 815 Commerce Drive Suite 270 Oak Brook, IL 60523-8852 | | 104.01 | NA | NA | 0.00 |
| | NCB Management Services, P.O. Box 1099 Langhorne, PA 19047 | | 34,524.10 | NA | NA | 0.00 |
| | Northwest Community Hospital, PO Box 22215 Beachwood, OH 44122 | | 1,720.83 | NA | NA | 0.00 |
| | Northwest Suburban Pain Center, 880 W Central Road Suite 3600 Arlington Heights, IL 60005 | | 78.29 | NA | NA | 0.00 |
| | Pro Com Services Of Il, Po Box 202 Springfield, IL 62705 | | 22.00 | NA | NA | 0.00 |
| | Pro Com Services Of Il, Po Box 202 Springfield, IL 62705 | | 115.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pro Com Services, 3301 Constitution Drive Springfield, IL 62711 | | 137.59 | NA | NA | 0.00 |
| | Shell, P.O. Box 6406 Sioux Falls, SD 57117-6406 | | 2,491.50 | NA | NA | 0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,827.88 | 1,943.77 | 1,943.77 | 728.92 |
| 6 | CAVALRY SPV I, LLC | 7100-000 | 286.43 | 348.29 | 348.29 | 130.61 |
| 1 | COMMERCE BANK | 7100-000 | 19,238.60 | 19,238.60 | 19,238.60 | 7,214.52 |
| 2 | DISCOVER BANK | 7100-000 | 1,375.43 | 1,267.39 | 1,267.39 | 475.27 |
| 3 | STATE FARM BANK | 7100-000 | 12,153.34 | 12,263.28 | 12,263.28 | 4,598.76 |
| 5 | U.S. BANK NATIONAL ASSOCIATION | 7100-000 | 12,827.58 | 12,147.42 | 12,147.42 | 4,555.31 |
| 7 | WELLS FARGO | 7100-000 | 1,895.04 | 1,833.65 | 1,833.65 | 687.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 188,510.14 | $ 49,042.40 | $ 49,042.40 | $ 18,391.01 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-34413 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | NATHAN SANDS | | | | Date Filed (f) or Converted (c): | 10/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 11/22/2016 |
| For Period Ending: | 05/14/2018 | | | | Claims Bar Date: | 03/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 519 N. CARLTON AVE WHEATON IL 60187-0000 DUPAGE | 229,500.00 | 0.00 | | 0.00 | FA |
| 2. 1998 DODGE RAM 1500 MILEAGE: 99,000 | 1,325.00 | 0.00 | | 0.00 | FA |
| 3. 1999 DUCATI 99 ST4 MILEAGE: 15,000 | 2,390.00 | 0.00 | | 0.00 | FA |
| 4. Household goods | 700.00 | 0.00 | | 0.00 | FA |
| 5. WORK CLOTHING | 225.00 | 0.00 | | 0.00 | FA |
| 6. CHASE - checking account | 450.00 | 0.00 | | 0.00 | FA |
| 7. 5/3 BANK - checking account | 2,100.00 | 0.00 | | 0.00 | FA |
| 8. CHASE FRANKLIN TEMPLETON MUTUAL FUNDS | 680.00 | 0.00 | | 0.00 | FA |
| 9. IRA-WMA SECURITIES WESTERN RESERVE | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. WESTERN RESERVE LIFE INSURANCE Trustee recovered cash surrender value of life insurance policy net of Debtor's claimed exemption (see Ex. A to Motion to Pay Administrative Expense [dkt 21]). | 20,183.18 | 18,633.18 | | 25,106.17 | FA |
| 11. FOR BUILDING MAINTENANCE ENGINEERING JOB | 1,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $262,053.18 | $18,633.18 | | $25,106.17 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/29/18: Trustee confirmed that Debtor made post-petition premium payments of $3,814.16 in order to prevent the policy from lapsing. Trustee also confirmed that the post-petition premium payments advanced by Debtor were included within the non-exempt policy proceeds turned over to the Estate. Pursuant this Court's order dated December 1, 2017 [dkt 22], Trustee was authorized to reimburse the Debtor for the post-petition premium payments made in the amount of $3,814.16.

9/30/17:  Trustee made demand upon life insurance company for a turnover of the non-exempt cash value in the account.  Trustee reviewed claims and prepared her TFR.

Subsequently, Debtor advised he had paid into the policy post petition and requests an administrative claim for those payments.  Trustee has requested specifics and proof of payment.

Initial Projected Date of Final Report (TFR): 09/15/2017    Current Projected Date of Final Report (TFR): 03/30/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-34413 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | NATHAN SANDS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3870 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3904 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/14/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/17 | 10 | Transamerica Premier Life Ins | proceeds of life insurance policy | 1129-000 | $25,106.17 | | $25,106.17 |
| 12/29/17 | 101 | Nathan Sands | per court order entered 12/1/17 [dkt 22] Reimbursement of post-petition premiums paid by Debtor to prevent life insurance policy from lapsing | 2990-000 | | $3,814.16 | $21,292.01 |
| 04/16/18 | 102 | The Helms Law Firm, P.C. | trustee compensation | 2100-000 | | $2,879.20 | $18,412.81 |
| 04/16/18 | 103 | The Helms Law Firm P.C. | trustee expenses | 2200-000 | | $21.80 | $18,391.01 |
| 04/16/18 | 104 | Commerce Bank | Final distibution to creditors | 7100-000 | | $7,214.52 | $11,176.49 |
| 04/16/18 | 105 | Discover Bank | Final distibution to creditors | 7100-000 | | $475.27 | $10,701.22 |
| 04/16/18 | 106 | State Farm Bank | Final distibution to creditors | 7100-000 | | $4,598.76 | $6,102.46 |
| 04/16/18 | 107 | American Express Centurion Bank | Final distibution to creditors | 7100-000 | | $728.92 | $5,373.54 |
| 04/16/18 | 108 | U.S. Bank, N.A. | Final distibution to creditors | 7100-000 | | $4,555.31 | $818.23 |
| 04/16/18 | 109 | Davalry SPV I, LLC | Final distibution to creditors | 7100-000 | | $130.61 | $687.62 |
| 04/16/18 | 110 | Wells Fargo | Final distibution to creditors | 7100-000 | | $687.62 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $25,106.17 | $25,106.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,106.17 | $25,106.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,106.17 | $25,106.17 |

Page Subtotals: $25,106.17 $25,106.17

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3870 - Checking | $25,106.17 | $25,106.17 | $0.00 |
|  | $25,106.17 | $25,106.17 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,106.17 |
| Total Gross Receipts: | $25,106.17 |

Page Subtotals: $0.00   $0.00